UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KHALIL ROBINSON,

    Plaintiff,

vs.

    CASE NO.: 1:17-CV-03968-MHC

ASBURY AUTOMOTIVE GROUP,
INC., a Domestic Profit Corporation,

    Defendant.    /

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, KHALIL ROBINSON, by and through her undersigned attorney, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), files her Notice of Voluntary Dismissal of the above-captioned action without Prejudice against all Defendants.

Dated this 26th day of October, 2017

/s/ ADIAN MILLER
Adian R. Miller, Esquire
GABN: 794647
**MORGAN & MORGAN, P.A.**
191 Peachtree Street, N.E. Suite 4200
Atlanta, GA 30303
Telephone: (404) 496-7332
Fax: (404) 496-7428Email:
ARMiller@forthepeople.com
*Attorneys for Plaintiff*

## FONT CERTIFICATION

Pursuant to Local Rule 5.1(C) Plaintiff hereby certifies that the within and foregoing Complaint was prepared using Times New Roman, 14-point font.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 26, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ ADIAN MILLER
Adian R. Miller, Esq.